UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDSEY KENT SPRINGER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:20-CV-3088-B (BH) |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After a *de novo* reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The plaintiff's *Motion for Costs of Filing Fees*, received on November 17, 2021 (Doc. No. 37), is **DENIED**.

SIGNED this 17th day of February, 2022.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE